| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | Order Filed on August 11, 2020 by Clerk U.S. Bankruptcy Court District of New Jersey |
| **Robertson, Anschutz, Schneid & Crane, LLC**<br>6409 Congress Ave., Suite 100<br>Boca Raton, FL 33487<br>Telephone: 561-241-6901<br>Local Telephone: 973-575-0707<br>Attorneys For Secured Creditor<br><br>Shauna Deluca, Esq. (SD-8248) | Case No.: 13-32452-JNP<br><br>Chapter: 13<br><br>Hearing Date: August 11, 2020<br><br>Judge: Jerrold N. Poslusny Jr. |
| **In Re:**<br><br>Andrew G. Dolack,<br>   Debtor.<br>Shannon M. Dolack,<br>   Joint Debtor. | |

## ORDER GRANTING MOTION TO REDACT A PREVIOUSLY FILED DOCUMENT

The relief set forth on the following page, number (2), is hereby **ORDERED.**

**DATED: August 11, 2020**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**Page 2**

Debtor(s): Andrew G. Dolack and Shannon M. Dolack
Case No.: 13-32452-JNP
Caption of Order: **Order Granting Motion to Redact a Previously Filed Document**

_____

      The court having reviewed the Motion to Redact a Previously Filed Document filed in this case by PNC Bank NA and regarding the following documents:

  (1) Proof of Claim filed on October 31, 2013 as Claim No. 1-1 on the Claims Register.

      ORDERED that the above document(s) be immediately restricted from view on the Court's public docket, and it is hereby

      ORDERED that pursuant to Fed. R. Bankr. P 9037 (h)(2), the Movant shall refile the correctly redacted documents with the court.

United States Bankruptcy Court
District of New Jersey

In re:  
Andrew G. Dolack  
Shannon M. Dolack  
    Debtors

Case No. 13-32452-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Aug 11, 2020  
                          Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2020.  
db/jdb        +Andrew G. Dolack,    Shannon M. Dolack,    225 Hagen Rd.,    Cape May CH, NJ 08210-1173

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2020                                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2020 at the address(es) listed below:

          Denise E. Carlon    on behalf of Creditor    Bayview Loan Servicing, LLC dcarlon@kmllawgroup.com,  
           bkgroup@kmllawgroup.com  
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,  
           summarymail@standingtrustee.com  
          Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com  
          Isabel C. Balboa (NA)    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com  
          Joshua I. Goldman    on behalf of Creditor    Bayview Loan Servicing, LLC  
           josh.goldman@padgettlawgroup.com,    bkgroup@kmllawgroup.com  
          Scott M. Zauber    on behalf of Joint Debtor Shannon M. Dolack jwiesner@subranni.com,  
           ecf@subranni.com;cwild@subranni.com;dhoff@subranni.com  
          Scott M. Zauber    on behalf of Debtor Andrew G. Dolack jwiesner@subranni.com,  
           ecf@subranni.com;cwild@subranni.com;dhoff@subranni.com  
          Shauna M Deluca    on behalf of Creditor    PNC BANK, N.A. sdeluca@rasflaw.com  
                                                                                                                TOTAL: 8